United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| SHANNON THOMAS PITTS, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 6:22-CV-00057 |
| | § |
| UNKNOWN DEFENDANTS, | § |
| | § |
| Defendant. | § |

## OPINION AND ORDER OF TRANSFER

Plaintiff Shannon Thomas Pitts, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently assigned to the Federal Corrections Institution in Seagoville, Texas. In his complaint, Plaintiff complains about incidents that occurred while he was confined at the Federal Corrections Institute ("FCI") in El Reno, Oklahoma. Plaintiff alleges that he was sexually and physically assaulted by unknown defendants while at FCI El Reno. (D.E. 1, pp. 1, 3-8). He also appears to raise claims against officials from the FCI Seagoville, which is located in the Northern District of Texas. *Id*.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may

transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

The events forming the basis of Plaintiff's complaint occurred primarily at FCI El Reno, which is located in Canadian County, Oklahoma. While Plaintiff is currently housed at FCI Seagoville in Seagoville, Texas, he first names unknown defendants from FCI El Reno. There is no nexus to the Victoria Division of the Southern District of Texas. Because FCI El Reno is located within the Oklahoma City Division of the Western District of Oklahoma, the interests of justice would be served by a transfer to that court.

Accordingly, **IT IS ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Western District of Oklahoma, Oklahoma City Division. The Clerk is **DIRECTED** to close this case in this division.

ORDERED on December 19, 2022.

_____
Julie K. Hampton
United States Magistrate Judge